

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2022

No. 04-22-00460-CV

**MILLSWORTH ENTERPRISES, LLC**,
Appellant

v.

**TEXAS FIRST RENTALS, LLC,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04865
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant is represented on appeal by Mr. Ryan Lurich. The reporter's record was due on August 23, 2022. On August 25, 2022, the court reporter, Ms. Rachelle Thompson, filed a notification of late record, stating appellant is not entitled to appeal without paying the fee and has not paid or made arrangements to pay the fee for preparing the reporter's record. Ms. Thompson also stated she had "called Ryan Lurich's office four times trying to speak with him and [she has] left messages, as well as emailed him with an invoice, and he has not responded."

We, therefore, ORDER Mr. Lurich to provide written proof to this court **no later than September 8, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If Mr. Lurich fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court